1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER GORDON, an individual,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>AMANDA SISKA; SEAN SISKA; BREAD AND BADGER, LLC; and DOES 1 to 20, inclusive,<br>　　　Defendants. | Case No.: CV 15-2605-DMG (PJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [51]** |
| AMANDA SISKA; SEAN SISKA; and BREAD AND BADGER, LLC<br>　　　Counterclaim-Plaintiffs,<br><br>　　　vs.<br><br>CHRISTOPHER GORDON, an individual,<br>　　　Counterclaim-Defendant. | |

20

1     In accordance with the parties' stipulation of voluntary dismissal [Doc. # 51],

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  December 2, 2015

                                                      DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE